# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | Case No.3:15-po-10 |
| -vs- | : | Magistrate Judge Sharon L. Ovington |
| ANTHONY WILLIAMS, | : | |
| Defendant. | : | |

## ORDER REVOKING BOND

Defendant appeared before the Court on September 20, 2017 pursuant to a Warrant for Arrest issued commanding Defendant to show cause why his bond should not be revoked as set forth in the Petition filed September 19, 2017.

Defendant appeared with counsel and after being advised of his constitutional rights, admitted violating the conditions set forth in the terms of his conditions of release. Accordingly, the Court found that Defendant violated the terms and conditions of bond and Defendant's bond is ordered revoked.

Without objection by Defendant the Court proceeded after allowing Defendant and his counsel an opportunity to make a statement. Defendant is remanded to the custody of the US Marshal waiting for residential bed placement in a drug treatment program.

September 20, 2017

                                                        s/Sharon L. Ovington
                                                         Sharon L. Ovington
                                             United States Magistrate Judge