# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | Case No. 3:15-po-10 |
| -vs- | : | Magistrate Judge Sharon L. Ovington |
| ANTHONY WILLIAMS. | : | |
| Defendant. | : | |

## ORDER REVOKING PROBATION/ SENTENCING ENTRY

Defendant appeared before the Court on August 6, 2018, September 5, 2018, November 14, 2018, and January 9, 2019 pursuant to a summons issued commanding Defendant to show cause why his probation should not be revoked as set forth in the Petition filed July 19, 2018.

Defendant appeared with counsel and after being advised of his constitutional rights, admitted violating the Conditions set forth in the terms of his probation and offered evidence in mitigation. Accordingly, the Court found that Defendant violated the terms and conditions of probation and Defendant's probation is ordered revoked.

Without objection by Defendant the Court proceeded to sentencing after allowing Defendant and his counsel an opportunity to make a statement. Defendant is sentenced to a term of imprisonment of six (6) months. No term of supervised release is imposed.

January 9, 2019

                                                s/Sharon L. Ovington
                                                Sharon L. Ovington
                                            United States Magistrate Judge